■ In the Matter of ROBERT DE MAGGIO, Appellant, v DONALD RETTALIATA et al., Constituting the Board of Elections of the State of New York, Respondents, and BENJAMIN A. GILMAN, Respondent-Respondent. — Judgment of the Supreme Court, Rockland County (Slifkin, J.), dated August 17, 1984, affirmed, without costs or disbursements. No opinion. Thompson, J. P., Bracken, O'Connor and Niehoff, JJ., concur.